# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2943

_____

Laura May Kimball Doan,          *
                                 *
            Appellant,           *
                                 *    Appeal from the United States
      v.                         *    District Court for the
                                 *    Western District of Arkansas.
Consumer Testing Laboratories, Inc.,   *
                                 *    (UNPUBLISHED)
            Appellee.            *

_____

Submitted: January 4, 1999
Filed: January 11, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Laura May Kimball Doan appeals following the district court's[1] adverse grant of summary judgment in her negligence action. After careful review of the record and the parties' submissions, we affirm the judgment of the district court for the reasons stated in the court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.